IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

RAMA PRAYAGA,

*Defendant*.

Case No. 1:24-MJ-223

## MOTION TO DISMISS CRIMINAL COMPLAINT

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court to dismiss without prejudice the criminal complaint as against defendant Rama Prayaga. At this juncture, the United States does not wish to prosecute the charges as described in the complaint in Case No. 1:24-MJ-223. Should circumstances change in the future, the United States will proceed against the defendant by indictment.

Accordingly, the United States respectfully moves for an Order dismissing the criminal complaint without prejudice as against defendant Rama Prayaga.

Jessica D. Aber
United States Attorney

By: _____/s/_____
Katherine E. Rumbaugh
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 18, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send a notification of such filing to all counsel of record.

By: _____/s/_____
    Katherine E. Rumbaugh
    Assistant United States Attorney
    United States Attorney's Office
    Eastern District of Virginia
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Phone: (703) 299-3700
    Email: katherine.rumbaugh@usdoj.gov